Good morning. May it please the court. I'm Kelly Horwitz representing appellant Elsa Chavez Your honors as happy as I am to be here this morning. I should not be here. This case was filed in state court It's exclusively state law claims the Appalee chose to remove it to federal court on Controversy exceeds $75,000. How old was she at the time of the termination? 63 and she wanted to work until she was 72, correct? Correct, and she was earning at least thirty nine thousand dollars a year, correct? Correct. So that's by calculation $351,000, right? Lost wages The math is correct your honor, but I would respectfully say that the time period for calculating the damages Under the law is incorrect. It needs to be at the time of removal at the time of removal She had been unemployed for 13 months So you think the standard is how much? Damages had accrued by the time of removal or at the time of removal. What was the likely what what damages were being required? If you accepted the theory of the plaintiff, what would the damages be? As well, what is the authority for the proposition that it has to be accrued damages at the time of the removal? At the time of removal Krosky, for example a 9th Circuit case from 2005 Supports the proposition that the damages are to be determined at the time of her removal but Meaning what? What they have to have accrued by then That's what you're arguing. Yes, that is what I am arguing and that has also been There's language in Matheson as well. This supports that interpretation and There are the district courts have interpreted your cases to mean that you look at The wages up at the time calculate up until the date of removal And you can't consider any anything in the future for example, you have you have a claim for loss of earnings and loss of earning capacity And we can't consider any of that That would be that is our position and further And and what and what's your best case for saying that we can't consider earning capacity you you want to recover that money, right? You're not waiving. You're not waiving this No, we are not waiving this but I'm not waiving the three hundred and fifty thousand dollars that judge Woodcock referred you to No, we are not waiving that by any means Okay, so you do you do want that money? That is part of your prayer for relief if we were to put a number on the prayer of relief But the problem is it is the Apple ease burden to make that case and they don't do that How difficult is that if you're if your client if your client has is earning just around forty thousand dollars a year All you need is two years Already you already missed 13 months. So there's there's half of there's half of the seventy five thousand dollars in past wages You had medical expenses good attorney's fees You had the seven hundred and fifty dollars that you wanted under the 226 claim All you need is one year of earning capacity and she asked for earning capacity if you were gonna get it give her one more Year, which is not too difficult to get to and she said she wanted another nine years Your honor the the I appreciate The suggestion that my client can and should get a huge amount of money But the problem is the law on removal does not allow one I just looked across key and it doesn't say I don't see this what you're talking about. I don't see a such a statement. I Don't even see the statement that it's that it's supposed to be as of the removal date. I don't even see that I Do not have the full case in front of me your honor Page 980 the court is looking at evidence that was relevant to the amount and controversy at the time of removal Well, that's always true. You always evaluate at the time of the removal, but the claim is what the claim is including future claims Do you have any authority for the for the that a court is hamstrung by what is in the past only Um Again, I would say that your authority is being interpreted by the district courts in that manner Counsel, this is a pretty fundamental point. This is pretty important for district courts on on diversity jurisdiction. We've been doing this a long time I've never heard of this principle that you that you've been citing to us. I Taught civil procedure for 10 years I've never heard of this Have you got a good case for us that tells us that we can't consider a claim for future lost wages Well, I do have cases that say you can't rely on good faith belief alone And that is all that the Apple ease have brought to you They brought you in the removal to the merits of the case Okay, your honor With respect to the merits of the case The the clearest error I would say is the labor code section two to six interpretation Okay, if you went on that do you get seven hundred and fifty dollars? We do and did you get anything more than that? We don't which again I guess goes back to the jurisdictional question that the one clear damage amount in this entire case is a seven hundred and fifty dollar claim Okay, what next Okay So briefly on labor code section two to six the district court imposed a knowing and intentional requirement saying that In order for there to be any liability the employer needs to knowingly and intentionally refuse to provide employment records, there is nothing in the statute that says that and Obviously elsewhere in the statute they do impose a knowing and intentional requirement which further supports our interpretation that there is no relevant No such relevant requirement. Let's move to the other ones disability age Medically, okay The California Family Rights Act the again the district court ruled that the law is not sufficiently broad to protect employees who put their Employers on notice that they're requesting or planning or need Cal for leave that is not the state of the law in California. In fact, the law is broadly construed and Once there's any suggestion by an employee that they may need medical leave the burden then shifts to the employer to Provide information to the employee about where is the evidence that she requested medical leave? She repeatedly told her supervisor. I'm having these medical issues I my arm is going numb. I'm having headaches. I have this anxiety and the stress and I can't take vacation The question of whether that's adequate notice is one for the trier of fact, but When your employee says to you I'm having medical problems and I can't take any vacation time. It's a reasonable interpretation to say As a trier of fact, oh gee Well, maybe then at that point the employer needs to step up and say you don't have to take vacation time If you're having medical problems, let me tell you about this thing called family and medical leave With Respect to both of the discrimination claims the That's not an implausible suggestion, but you do have any case that's close in terms of facts And in other words what from what she said one has to infer that she wants to take some time off Not that big inference, but it's an inference. She hasn't saying I want to take I'd like to take some time off Or I need to take time off or anything like that. Yeah, I mean even when she says I can't take vacation It's not even clear what that means. It may mean I can't take vacation because I'm not feeling well. I don't know what it means Right, but I think in the context of saying that my arm is going numb and I'm having these medical problems It is a reasonable inference that a trier of fact could draw the case Well Both Boreno and Saria do say that the the notice the request for notice does not require any specific Form and actually this is the one I was looking for because we actually argued it previously in California Avila versus Continental Airlines There there were also questions about whether Mr. Avila was adequately requesting leave whether the notice was sufficient When they got word that he'd had a hospital visit The notice wasn't here. The question wasn't what the notice was sufficient. There wasn't notice. That's clear Well there the question is whether when she said that they were on adequate notice that it was a notice to her Yes, I'm sorry. My apologies the notice to her employer that she may be in need of of Both of those were dismissed on prima fate as as not having met their prima facie burden That's obviously a very low burden legal burden well Yes The central question here Whatever box you put it in was whether she was in fact Doing her job in an acceptable way now does that go into the prima facie case? I'd always understood that the prima facie case was much lower than that. I mean that is is she Eligible or In the sense that she you know has whatever prerequisites are required For the job and because the evaluation problem is is the substantive problem here Right you you're saying that the evaluation wasn't a fair evaluation. Are you saying that? Or we are saying it wasn't it wasn't reported properly or what exactly There are a couple of pieces to it one is when you look at the the entire universe of evaluations on The one hand she's being told mid-year you need to improve and then the employer will come along and say well, okay You know we've seen improvement. You're meeting our expectations low meets expectations was the category they would put it in and In fact even when she was on her performance improvement plan her supervisor is giving her an evaluation that says she's meeting expectations, so First off we think at least as a prima facie matter, which is what the court categorized this as there is sufficient evidence to show that she had performed her job adequately and in particular The Treatment of her replacement When miss Serta comes along and she runs into the same problems generating loans in that office She was not terminated, and that is a question, but they say she wasn't terminated either in fact. She was offered a job I didn't take it Well ultimately she was she was terminated from this position. She had another job offer on the table Well, that's the same as the other person. They were given a different job. She was given a different job. She didn't take it She didn't take one job that she was offered the evidence in the record is that while she was in the hospital Another that the HR people reached out to her and said well What about this job offer that we'd like to give you and she said I can't address this right now I'm in the hospital she came back to work a day or two later And that's when she gets fired while she has a pending job offer But I thought there was also a job that she was off there was one job that as she refused it because that's because of wages There were two jobs that were offered She had one that she couldn't agree on with respect to salary and the other I'm asking you a conceptual question. Yes, which is In terms of the evaluations is that as I understand it the district judge here said that she was there was no pre-official case because she wasn't qualified because She didn't meet the expectations of the job Was that a legitimate place to have done that analysis, and then he stopped Right Or or or is one happy because if you do it that way you never get to the question of whether those evaluations were legitimate evaluations exactly So we certainly think are you challenging the evaluations? You're not really you're what you're challenging is simply the evaluation of the evaluations And in other words you're saying well, they really wanted was born as bad as as represented correct And that when another employee came along who couldn't meet the same standards. She had a different outcome What one of the one of the elements of a prima facie case is? The employee was performing competently in the position. She held isn't that correct isn't that your burden it is it's a low burden Why is that your burden is that the requirement or is that he should be qualified for the job, which I always understood meant She has you know, but whatever Prerequisites were acquired, and you know she was She could read write and so on and she had a bachelor's degree if it was required right But what is the articulation is it that she'd be competent at the job or that she be qualified in a minimal sense? Well certainly Our position would be at the prima facie Stage given the low level of it you ought to you ought to look at her minimum competence for the job Which she certainly had exhibited she'd been in this field for 30 years She'd been in this particular job for two and a half years She kind of bounced back and forth in her evaluations as to whether or not she was meeting expectations But she was you know there is evidence. She was meeting expectations along the way Even as late as a couple Thank you Good morning, may it please the court. My name is Sherry Suica. I'm here on behalf of Chase Bank and I thought I would just address a few points that were made in the reply on the jurisdictional issue there was an argument in the reply that Miss Chavez is no longer pursuing her claim for failure to hire which would be relevant to the $39,000 annual salary and Instead this is now just a termination case and that we had not pointed to the evidence of what she was making in her a plaintiff has the Opportunity to waive certain kinds of damages, and we do see these kinds of things where somebody will waive anything above $75,000 in order to in order to keep it in state court And I don't see that that waiver was if it was done in the reply brief That's that's that's pretty late especially when both sides seem to have stipulated to the diversity jurisdiction of the district court And I don't even interpret the reply brief to be waiving anything That's not my interpretation, but I thought I would just point out that I did find in the record It's in the second volume of the excerpts on page 256 lines 14 through 18 Miss Chavez testified in her deposition that on average with her commissions and salary She was making about forty five thousand dollars a year in her mortgage banking position, which again would meet the jurisdictional prerequisite Well one year wouldn't but you're saying she needs two years. What does she need well two years plus attorneys fees? emotional distress You know I looked at the Krasky case that was cited and a direct quote from that case on page 980 is that the amount in controversy includes the amount of damages in dispute as Well-as attorneys fees if authorized by statute or contract and here under the Fair Employment and Housing Act if the plaintiff prevails She's entitled to her attorney's fees now if you see that doesn't exist at the time of the removal so that's happened yet Right I I don't think that's the correct statement of the law. I mean this court has held many times that the amount in controversy is The amount at stake in the litigation and it includes any result of the litigation Excluding interest and costs that entails payment by the defendant now certainly if miss Chavez were to prevail She would have been entitled to her attorney's fees any emotional distress damages. I think $75,000 threshold is easily met Family leave she basically says the employee goes up and says I'm having these medical problems. I'm out of vacation She doesn't know the inner workings of the details of your family leave policy Doesn't the employer have some obligation to turn to the employee and say well, we do have this program for you actually the California regulations do Enumerate the elements of when the employer is obligated to make that inquiry first there needs to be a request for time off and Second the employee needs to tell the reason for the time off and that reason needs to be qualifying under the statute and Third the employee needs to tell the employer how much time Is anticipated I mean before there's any application to say there's a leap. Yes, this is directly from the regulation And here, you know, maybe her vague statement about not being able to take vacations even you know Liberally construed as a request for time off. She still doesn't say I Need to take X weeks off to figure out what's going on with my arm and my headaches And how do you make how do you square with the Continental Airlines case? counsel cited That the Continental Airlines case, I'm not quite sure About the facts of that case, I'm not prepared on that, but I do know under the Soraya case which Which is also cited in our briefs the court held that That Knowledge of a Disability is imputed to the employer when those are the only reasonable interpretations of the facts and Here, you know having headaches and a numb arm and stress That's not necessarily a disability or C for qualifying In fact, there's she admitted in her deposition that her own doctor said her stress was normal It's normal stress nothing wrong with her But you're interested in I'm looking now at this regulation Is that the anticipated time has to be volunteered before the employer says anything? As opposed to if asked you have to provide it That seems a little odd, I mean it would be an odd sentence for you to say You know, I I need to take You're envisioning somebody has to go up to the employer and say I You know, I'm not feeling well. They need to take 16 days off and that only if he she says the second Does the employer have any obligation? I Would say that When you look at what happened here some vague statements strung together at different periods of time That you do need something more concrete like in an anticipated time. Why do you mean by strung together at different periods of time? Well at some point in November, she says I have stress and a numb arm at a different point in time, she says she had one doctor's appointment and And I thought at another point in time she said I have stress and headaches and numb arm But I can't take the case. I can't take a bit. That's not strong. That's one statement It was all that information if we just look at that statement in isolation. I Just I can't take a vacation is a request to take a vacation is Is to me I think too much of a burden to put on a mid-level manager to say, you know What this might be a statutory request for leave. I better call HR What he did was he said I'll say take it easy Take what I told her to take it easy. I mean it to me To interpret her to take what take it easy. Okay last Don't you know? All right So I mean we did cite other cases in our brief regarding you know some There were some fact patterns where the employee actually said I needed to be in the hospital for three days and that wasn't enough To say I know that she had my husband actually, right? Do we know that she was actually in the hospital being treated? We don't know what she there was a there's a there's a there's a brief snippet of a of Some notes from somebody at the at the at the bank That says I talked to her and she said she was at in the hospital or at the hospital And it's not clear that she's even in the hospital being treated for herself as opposed being in the hospital visiting someone else She just couldn't talk at that time. This was my understanding of the of the statement It looks like nobody nobody really made any inquiries and she didn't say anything Right in that and that's part of the strung-together information, you know, she's talking about headaches and stress in November and this comment about being in the hospital for an unknown reason is Right before she was terminated in the beginning of February. These are these are the recruiters notes. Those are the recruiters notes She can't make a decision right now. She's in the hospital and that's that's all we've that's all we've got Was usually in the hospital means I'm in the hospital. Yeah, I am in the hospital Not at the hospital. Yeah, I'm in the hospital versus at the hospital at any event we don't know why she's there or if it's a C for a qualifying reason and you know and The way I see it. She's never requests the time off. She never says I need to take some time off to take care of this problem What about The prima facie case question the way as I asked it I I had understood that the prima facie case requirement Was not a showing of competency. It was a showing of qualification in a minimal sense Didn't she have that it the element is performing the job satisfactorily. Well, where are you getting that from? That's from McDonnell Douglas Now no, it's in a disability case Qualifications for a position with or without Accommodations, you know, I would agree with you on that point because the problem with saying performing a job compliment That's usually the core of the argument. She says I am providing a company. They say you're not Performing competently and and it's a pretext question if you took front-end it you're never going to get to the To the core of the case and that's not my understanding But how this has ever worked in the last 40 years since McDonnell Douglas and I I will look at McDonnell Douglas But I don't think it says that we have this. That's how we argue Time at least and we have this Dinslage case which has been cited at the briefs and it states the plaintiff must generally provide evidence. This is the prima facie case That he was or she was a member of protected class To that she was qualified for the position she sought or was performing Competently in the position she held so that's what the standard is, correct, right? And I and that would make sense to say qualified for a failure to hire case But in this case on appeal, we're just talking about the termination and if you look at the performance timeline She wasn't performing Satisfactorily and I could go into the I broke it down why at mid-year She was needs improvement and why at the end of the year she was low meets and that's because She you know, the metrics are measured on a rolling three-month basis by the end of the year in 2011 and 12 she was able to pull it off by the end of the year, which which is why she stayed employed But towards the end of 2013 She wasn't pulling it off and what what the metrics were In So what what she needs as a minimum standard to not be disciplined or terminated is about two units per month and $430,000 in loan origination dollars. Now, that's just the minimum the goal what they really want you to do is actually much higher You'd be in a much stronger position if he'd skipped over the prima facie case, which is basically a very low standard You had a legitimate business purpose for a terminating her and then he got into the the ultimate burden wouldn't you? Oh, I agree Yes, we argued that below we argued it in our briefs I don't think there's substantial responsive evidence of pretext here But he threw it out of the very initial stage there where there's a very low burden Right, I'm sorry. He threw it out at the very beginning that they were there the burden is the lowest Correct right to make a prima facie right and I I think that's why isn't there a fact there that needs to be Why isn't there one fact that needs to be resolved there? I Don't think so whether or not she was performing competently. I don't think that's a tribal issue of fact because here it's Subjective metric and it's another question, which is if she wasn't performing according to these standards as you said that doesn't necessarily the Competent with regard to what in other words my understanding is that doesn't necessarily lead to termination and so The the fact that she wasn't meeting her standards as a mergers Broker doesn't prove that she was a generally incompetent employee in general So, I I don't understand how you can do this at the prima facie level Well, you're saying it doesn't matter and it may not But if we thought that that it shouldn't be done at the prima facie level Then we can look at the host was was this this was a complete summary judgment. There was a it wasn't limited to prima facie The look what your your motion was not limited to the prima facie level, correct? she had to respond completely and If we thought the district court should not have thrown it at that level we could still go forward well the the reason we get from Not performing competently to termination is because she wasn't meeting minimum standards There's a cutoff and that's in all of the documents that what the minimum standards are and the actual goals were much higher She wasn't meeting the minimum standards For this particular job, which doesn't lead to the conclusion that she would be terminated. In fact, she it wasn't She was offered another job right so therefore it can't be that she You can resolve the case at the prima facie level I'd say I don't follow that because she's claiming she was wrongfully terminated. That's the claim here and what We have objective metrics that she wasn't meeting. It didn't jump to termination. It was Performance improvement plan didn't meet that written warning didn't meet that and then termination. She was given these Opportunities over the course of you know, almost six months maybe five months. If she hadn't been offered the the Opportunities would that would that have been sufficient? I'm sorry if she hadn't been offered the opportunities In other words that the opportunities have nothing to do with the prima facie case And yet you you're relying on them heavily why because they're proof they're proving an absence of pretext essentially I Would say both it goes to the element of performing the job Satisfactorily and it goes to pretext because there's no evidence of that here Okay. Thank you for your time You will give you one minute Two quick responses with respect to the California Family Rights Act I Do not recall offhand if it's the language in a villa or the cases that that a villa relied upon but you can find plenty of California cases that say there are no magical incantations required in order to request leave the employer is in a much better position to Understand what the employees rights are and to step forward when they see an employee who has a medical situation And is indicating that they they may need to leave. What about the Regulation Which does refer to the time period although it doesn't say specifically that has been set up front. I Would say that the the cases have subsequently Clearly Interpreted the law and regulation to say that you know, you don't have to check off all these particular boxes. It's Again that there's no magical incantation. You just need to give some notice that the employee the employer may reasonably interpret as a need for leave so that they can step forward and advise you of your rights and Quickly with respect to jurisdiction all this talk now about what the attorney's fees might be what her salary was The bottom line was they had the responsibility to bring forward evidence when they removed it They didn't tell you you've raised this on appeal for the first time. So Didn't you stipulate with with the other side that the district court had jurisdiction under diversity? You cannot stipulate a jurisdiction. I understand the problem Didn't you stipulate that the jurisdictional that the district court had jurisdiction under 1332 in the conference report? The scheduling conference report I believe it was they did At that point it didn't occur to you that you hadn't that that they hadn't adequately alleged to $75,000. This is all on appeal, right? It's all later on that. I decided that that you didn't really have $75,000 correct. Sometimes when you look at a case, are you are you are you stipulating that you cannot recover more than $75,000 we are not stipulating. Okay Thank you for your time. Thank you very much The case of Chavez versus JP Morgan is submitted
judges: Berzon, Bybee, Woodcock